UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAKISHA HARRELL,

　　　　Plaintiff,

v.

ABBOTT LABORATORIES, et al.,

　　　　Defendants.

Case No. 22-cv-03761-JSW

**ORDER REMANDING CASE**

Re: Dkt. No. 22

　　　　On July 12, 2022, following removal from San Francisco Superior Court, this case was transferred to the United States District Court for the Northern District of Illinois as part of MDL No. 3026, *In re Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation*. On August 31, 2022, the presiding judge in that proceeding remanded the case to this Court, pursuant to an Order granting Plaintiffs' motion to remand the case to state court. (Dkt. No. 22, referencing Dkt. No 30 in *Harrell v. Abbott Labs., et al.*, N.D. Ill., No. 22-cv-3590.)

　　　　Accordingly, pursuant to the Order granting Plaintiffs' motion to remand, the Court REMANDS this case to the San Francisco Superior Court, and the Clerk shall close this file.

　　　　**IT IS SO ORDERED**.

Dated: September 6, 2022

_____
JEFFREY S. WHITE
United States District Judge